UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

      Plaintiff,

v.                                              CASE NO: 3:20-cv-00080-J-32-PDB

SYNCHRONY BANK,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Toya Green-Mobley, pursuant to M.D. Fla. Local Rule 3.09, notifies the Court that the parties have reached a settlement in this case and are currently finalizing the settlement documents. Once complete, the settlement will resolve all issues in this action. The parties will file the requisite dismissal documents when settlement is complete.

                                                                           Respectfully Submitted,

                                                                          **DAVIS LAW FIRM**

                                                                          */s/ Michael Zeigerman*
                                                                          **TODD M. DAVIS, ESQ.**
                                                                          FL BAR NO. 58470
                                                                          TD@DavisPLLC.com
                                                                          **MICHAEL J. ZEIGERMAN, ESQ.**
                                                                          FL BAR NO. 112307
                                                                          MZ@DavisPLLC.com
                                                                          231 East Adams Street
                                                                          Jacksonville, FL 32202
                                                                          904-400-1429 (T)
                                                                          904-638-8800 (F)

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 21, 2021, I E-filed this document using the CM/ECF system. I further certify that I am not aware of any non-CM/ECF participants.

*/s/ Michael Zeigerman*
**MICHAEL J. ZEIGERMAN, ESQ.**
