# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

TOYA GREEN-MOBLEY,

    Plaintiff,

v.

                                                             CASE NO: 3:20-cv-00080-J-32-PDB

SYNCHRONY BANK,

    Defendant.

_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, TOYA GREEN-MOBLEY and Defendant, SYNCHRONY BANK, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), stipulate that the matters between them have been resolved and therefore request this Honorable Court to dismiss Plaintiffs' claims, with Prejudice, against Defendant, with each party to bear its own fees and costs.

Respectfully Submitted,

| | |
|---|---|
| **Davis Law Firm** | **REED SMITH, LLP** |
| */s/Michael J . Zeigerman* | */s/Raymond Hora* |
| MICHAEL J. ZEIGERMAN, ESQ. | RAYMOND HORA, ESQ. |

| | |
|---|---|
| FL BAR NO. 112307 | FL BAR NO. 88656 |
| MZ@DAVISPLLC.COM | rhora@reedsmith.com |
| TODD M. DAVIS, ESQ. | 101 Second Street |
| FL BAR NO. 58470 | Suite 1800 |
| TD@DAVISPLLC.COM | San Francisco, CA 94105 |
| 231 E. ADAMS STREET | Attorney for Defendant |
| JACKSONVILLE, FL 32202 | |
| 904-400-1429 (T) | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 20, 2022, I e-filed this document using the CM/ECF system. I further certify that I am unaware of any non-CM/ECF participants.

*/s/Michael J. Zeigerman*
Michael J. Zeigerman