**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TOYA GREEN-MOBLEY,

    Plaintiff,

v.                                        Case No. 3:20-cv-80-TJC-PDB

SYNCHRONY BANK,

    Defendant.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 58), filed on January 20, 2022, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of January, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record